IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER MONTOYA and
JOE C. MONTOYA,

    Plaintiff,

v.                                        No. 14-cv-0980 GBW/SMV

NEW MEXICO INSTITUTE OF MINING
AND TECHNOLOGY, GEORGE MURILLO,
DAVID URBAN, SCOTT SCARBOROUGH,
MONA TORRES, and LEONARD GARCIA,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiffs filed their Complaint against Defendants on October 30, 2014.  [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint—or until February 27, 2015—within which to effect service of process.  There is no indication on the record that service of process has been effected with respect to the Defendants.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiffs shall file their response within **21 days** of entry of this Order.

    **IT IS SO ORDERED.**

                                                                _____
                                                                 **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**